UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BUXBAUM,

                Plaintiff,

-against-

TOWN OF CLARKSTOWN,

                Defendant.

25-CV-1954 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff brought this action *pro se*. By order dated March 11, 2025, the Court dismissed this action without prejudice to reopening upon Plaintiff's submission of the filing fee or an IFP application, within 30 days of the date of the docketing of that order. (ECF 6.)[1] More than 30 days later, on May 2, 2025, the court received a money order from Plaintiff in the amount of $405.00. Since March 11, 2025, Plaintiff has submitted multiple letters, affidavits, and motions seeking various forms of relief. (ECF 7-46.)

    Because Plaintiff did not comply with the March 11, 2025 by timely paying the filing fee or submitting an IFP application, this matter remains closed. The Court directs the Clerk of Court to: (1) terminate all pending motions; (2) return to Plaintiff his money order in the amount of $405.00; and (3) enter civil judgment dismissing this action.

---

[1] This action is one of more than 50 actions Plaintiff filed in this court without paying the filing fees or submitting an IFP application over the past several months.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

Dated:   May 16, 2025
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge