UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BUXBAUM,

                          Plaintiff,

        -against-

TOWN OF CLARKSTOWN,

                         Defendant.

25 CIVIL 1954 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the May 16, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  May 20, 2025
           New York, New York

                                                      /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                        Chief United States District Judge