UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BUXBAUM,

Plaintiff,

-against-

TOWN OF CLARKSTOWN

Defendant.

25-CV-1954 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated May 16, 2025, the Court dismissed this action because Plaintiff did not pay the $405.00 in fees or request to proceed *in forma pauperis*, that is, without the prepayment of fees. The Clerk of Court entered a civil judgment on May 20, 2025. On May 21, 2025, Plaintiff filed a motion seeking injunctive relief. Because this case is closed, Plaintiff cannot seek injunctive relief. The Court therefore directs the Clerk of Court to terminate the motion docketed at ECF 63. The Court also directs the Clerk of Court to terminate the letter-motion docketed at ECF 67 because the motion, which is partially captioned for another action, "Middleton vs. Regeneron," does not appear related to this action.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant

demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    January 28, 2026
          New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge